18660.  Tuff *v.* Continental Trust Co.

Bell, J.  This case is controlled by the companion case of *Tuff* v. *Loh*, ante, 526.  *Judgment affirmed.  Jenkins, P. J., and Stephens, J., concur.*

Decided August 31, 1928.